# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00805-CV

### In re Kristine Arlitt

### ORIGINAL PROCEEDING FROM BURNET COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of prohibition and mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: December 11, 2018